UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Julio Arguello and Elba Arguello         **Case/AP Number** 10-19075 **-FJB**
                                                    **Chapter** 13

#129 Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed.  This case is hereby dismissed as the Debtors have failed to make plan payments.

IT IS SO ORDERED:

*Frank J Bailey* 

_____Dated: 07/11/2011
Frank J. Bailey
United States Bankruptcy Judge